IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT STRATTON, )
                Plaintiff, )
 )
vs. ) Civil Action No. 11-142
 )
CO I STEVE, BRIAN COLEMAN, SCI ) Judge Nora Barry Fischer
Fayette Superintendent, CAPT. BARRIER, ) Magistrate Judge Maureen P. Kelly
DR. PETE SAAVADRE, DR. GALLUCCI, )
MS. SUE BARRIER, P.A. MR. MEYER, )
MS. SHELLY MANKEY, LT. LESURE, )
MS. KERRI CROSS, Hearing Examiner, )
CO I COLLINS, MS. SUMMER DUGAN, )
MR. JASON COOK, MS. J. BROWN, )
MS. RICHELLE ZIRKLE, CO I HOSACK, )
CO I MURPHY, CAPT. CARL WALKER, )
              Defendants. )

## ORDER

AND NOW, this _18th_ day of May, 2012, after the plaintiff filed an action in the

above-captioned case, and after a Motion to Dismiss was filed by defendants, and after a Report

and Recommendation was filed by the United States Magistrate Judge granting the parties until

May 14, 2012, to file written objections thereto, and no objections having been filed and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss (Doc. 50) is DENIED.

1

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the defendants desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

BY THE COURT

Nora Barry Fischer
United States District Judge

cc:    Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record by electronic filing

Robert Stratton
DA2917
SCI FOREST
P.O. BOX 945
MARIENVILLE, PA 16239

Robert Stratton
DA2917
Box A
PO Box 9999 LaBelle, PA 15450